IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: :
: CASE NUMBER: 05-08741-EAG
RAUL FELIX GARCIA RINALDI :
: CHAPTER 13
Debtor(s) :
:

## MOTION TO CLAIM FUNDS

TO THE HONORABLE COURT:

Comes now, Orlando Diaz Nieves through the undersigned attorney, and very respectfully submits this motion:

1. We received a motion form the Trustee dated March 9, 2012 indicationg that they deposited with this Honorable Court in the sum of $8,554.62, amount that corresponds to the plaintiff.

2. We respectfully request from this Honorable Court authorized the withdrawal of funds.

WHEREFORE, very respectfully request that this Honorable Court to order the withdrawal of funds to plaintiff.

I HEREBY CERTIFY: That on this same date, I will send notification of this motion to Alejandro Oliveras Rivera, Esq. Chapter 13 Trustee, PO Box 9024062, San Juan, PR 00902-4062.

RESPECTFULLY SUBMITTED

At Aguadilla, Puerto Rico, this 3 days of April, 2012.

ISRAEL ROLDAN GONZALEZ
Attorney for Plaintiff
USDC-PR 115602
49 Betances Street
Aguadilla, PR 00603
Tel: (787) 891-1359