IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 05-08741 EAG |
| RAUL FELIX GARCIA RINALDI | Chapter 13 |
| XXX-XX-5229 | FILED & ENTERED ON 04/12/2012 |
| Debtor(s) | |

ORDER

The motion filed by ORLANDO DIAZ-NIEVES (docket #273) is hereby denied without prejudice for failure to comply with PR LBR 3011-1 (b).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of April, 2012.

*[signature]*

Edward A. Godoy
U.S. Bankruptcy Judge

CC:  DEBTOR(S)
     GERARDO L SANTIAGO PUIG
     ALEJANDRO OLIVERAS RIVERA
     ORLANDO DIAZ-NIEVES