```
         IN THE UNITED STATES BANKRUPTCY COURT FOR
                  THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br><br>RAUL FELIX GARCIA RINALDI<br><br><br>XXX-XX-5229<br><br><br><br>        Debtor(s) | CASE NO. 05-08741 EAG<br>Chapter 13<br><br><br><br><br>**FILED & ENTERED ON 03/25/2013** |

## ORDER AND NOTICE

A hearing is hereby scheduled for 06/05/2013 at 09:30 A.M. at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico, to consider the following:

1- Motion to withdraw unclaimed funds filed by William Diaz Nieves (docket #283);

2- Motion to withdraw unclaimed funds filed by Rafael Diaz Nieves (docket #284);

3- Motion to withdraw unclaimed funds filed by Ada Lydia Diaz Nieves (docket #285);

4- Motion to withdraw unclaimed funds filed by Rosalinda Diaz Nieves (docket #286);

5- Motion to withdraw unclaimed funds filed by Heirs of Nydia E Diaz Nieves (docket #287); and

6- Motion to withdraw unclaimed funds filed by Orlando Diaz

Nieves (docket #288).

The Clerk shall give notice to all parties in interest.

In Ponce, Puerto Rico, this 25th day of March, 2013.

/s/ Edward A. Godoy
Edward A Godoy
U. S. Bankruptcy Judge

C: All creditors